UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
U.S. COURTHOUSE 225 CADMAN PLAZA E.
BRKLYN N.Y. 11201

c/o McGEE
LESLIE EDWARD BROWN
144 MACDOUGAL ST.
BRKLYN N.Y. 11233
        -AGAINST-
THE CITY OF NEW YORK
P.O. DAVID PARAY #7591
OF THE 81st PCT.

RECEIVED AUG 21 2013 PRO SE OFFICE

JURY TRIAL DEMANDED

COGAN, J.

CV 13     4726

THE NATURE OF THE CLAIM IS FOR FALSE ARREST, FALSE IMPRISONMENT, INTENTIONAL AND NEGLIGENT INFLICTION OF EMOTIONAL HARM, ASSAULT, NEGLIGENT HIRING AND RETENTION, NEGLIGENT SUPERVISION AND TRAINING, ABUSE OF PROCESS AND MALICIOUS PROSECUTION ALL OF WHICH

RESULTED IN AND CAUSED SEVERE EMOTIONAL DISTRESS TO PLAINTIFF, LESLIE BROWN, DAMAGE TO HIS REPUTATION AND ALL OTHER DAMAGES ALLOWED BY STATUTE AND CASE LAW AS A RESULT OF ACTIONS PERPETRATED BY MEMBERS OF THE NEW YORK CITY POLICE DEPARTMENT AND THE CITY OF NEW YORK.

CASE DOCKET #2012KN058099

ON JULY 14, 2012, APPR. 8PM, AT MACDOUGAL STREET AND SARATOGA AVE BROOKLYN N.Y. 11233, LESLIE EDWARD BROWN, WAS UNLAWFULLY ARRESTED, ASSAULTED AND FALSELY IMPRISONED ALL WITHOUT JUST OR PROBABLE CAUSE BY P.O. DAVID PARAH #7591 AND MEMBERS OF THE NEW YORK CITY POLICE DEPARTMENT, AND DETAINED AGAINST HIS WILL WITHOUT PROBABLE CAUSE.

PLAINTIFF, LESLIE E. BROWN SUSTAINED DAMAGE TO HIS PERSON, INCLUDING PAIN. DEPRIVED OF FREEDOM AND LIBERTY FOR APPROXIMATELY 10 DAYS. PLAINTIFF IS SEEKING ($100,000) ONE HUNDRED THOUSAND DOLLARS FOR DAMAGE AND INJURIES

*Leslie E. Brown*
LESLIE E. BROWN
8/21/13
718-493-2085

```
CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF KINGS                              CERTIFICATE OF DISPOSITION
                                                    NUMBER: 449974
THE PEOPLE OF THE STATE OF NEW YORK
                     VS

BROWN, LESLIE                                       06/03/1969
Defendant                                        Date of Birth

144 MACDOUGAL STREET                                5481816N
Address                                          NYSID Number

BROOKLYN              NY                            07/14/2012
City          State    Zip                       Date of Arrest/Issue

Docket Number: 2012KN058099                      Summons No:

265.03  265.01
Arraignment Charges


Case Disposition Information:

    Date            Court Action                Judge               Part
 07/23/2012    DISMISSED AND SEALED            MCGRATH,K            AP1F
```

**SEALED**

pursuant to Section 160.50 of the CPL

```
NO FEE CERTIFICATION
_ GOVERNMENT AGENCY        _ COUNSEL ASSIGNED
_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED
  SOURCE  _ ACCUSATORY INSTRUMENT  _ DOCKET BOOK/CRIMS  _ CRC3030[CRS963]

     I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.
PRANCKEVICUS,                                    08/21/2013
COURT OFFICIAL SIGNATURE AND SEAL                DATE         FEE: NONE

(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
          SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)
```

CRIMINAL COURT OF THE CITY OF NEW YORK
PART APAR COUNTY OF KINGS

THE PEOPLE OF THE STATE OF NEW YORK

STATE OF NEW YORK
COUNTY OF KINGS

v

~~FANTAGHT MCGEE~~
LESLIE   BROWN

POLICE OFFICER DAVID PARAY SHIELD NO.7591, OF 081 COMMAND SAYS THAT ON OR ABOUT JULY 14,2012 AT APPROXIMATELY 08:40 PM AT MACDOUGAL ST AND SARATOGA COUNTY OF KINGS, STATE OF NEW YORK,

THE DEFENDANT COMMITTED THE OFFENSE(S) OF:

| | |
|---|---|
| PL 265.03(3) | CRIMINAL POSSESSION OF A WEAPON IN THE SECOND DEGREE (DQO) |
| PL 265.01(1) | CRIMINAL POSSESSION OF A WEAPON IN THE FOURTH DEGREE |

IN THAT THE DEFENDANT DID:

POSSESS ANY FIREARM, ELECTRONIC DART GUN, ELECTRONIC STUN GUN, GRAVITY KNIFE, SWITCHBLADE KNIFE, PILUM BALLISTIC KNIFE, METAL KNUCKLE KNIFE, CANE SWORD, BILLY, BLACKJACK, BLUDGEON, PLASTIC KNUCKLES, METAL KNUCKLES, CHUKA STICK, SAND BAG, SANDCLUB, WRIST-BRACE TYPE SLINGSHOT OR SLUNGSHOT, SHIRKEN OR KUNG FU STAR; POSSESS ANY LOADED FIREARM AND THAT SUCH POSSESSION DID NOT TAKE PLACE IN DEFENDANT'S HOME OR PLACE OF BUSINESS;.

THE SOURCE OF DEPONENT'S INFORMATION AND THE GROUNDS FOR DEPONENT'S BELIEF ARE AS FOLLOWS:

THE DEPONENT STATES THAT, AT THE ABOVE TIME AND PLACE, DEPONENT OBSERVED THE DEFENDANTS ACTING IN CONCERT IN THE POSSESSION OF A .22 CALIBER SEMI-AUTOMATIC PISTOL LOADED WITH FOUR ROUNDS OF AMMUNITION IN THAT DEPONENT DID RECOVER SAID LOADED SEMI-AUTOMATIC PISTOL FROM A BAG ON DEFENDANT MCGEE'S PERSON.

THE DEPONENT FURTHER STATES THAT, ACCORDING TO DEFENDANT BROWN'S OWN STATEMENT IN SUM AND SUBSTANCE, DEFENDANT BROWN IS THE OWNER OF THE ABOVE-MENTIONED LOADED SEMI-AUTOMATIC PISTOL.

FALSE STATEMENTS MADE IN THIS DOCUMENT ARE PUNISHABLE AS A CLASS A MISDEMEANOR PURSUANT TO SECTION 210.45 OF THE PENAL LAW.

DATE                                  SIGNATURE

Criminal Court of the City of New York